TEST FOR BANKRUPTCY